FILED

09/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0382

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0382

_____

SISTER MARY JO MCDONALD; LORI
MALONEY; FRITZ DAILY;
BOB BROWN; DOROTHY BRADLEY;
VERNON FINLEY; MAE NAN
ELLINGSON; and the LEAGUE OF WOMEN
VOTERS OF
MONTANA,

        Plaintiffs and Appellees,                  O R D E R

v.

CHRISTI JACOBSEN, Montana Secretary of
State,

        Defendant and Appellant.

_____

Montana Rule of Appellate Procedure 12(1)(i), requires that the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support thereof, be contained in an appellant's brief to this Court.

The Court has determined that Appellant's Opening Brief filed September 10, 2021, does not comply with this Rule. Therefore,

IT IS ORDERED that within ten days of the date of this Order, Appellant shall electronically re-file the opening brief along with an appendix containing the relevant judgment or order from which the appeal is taken with the Clerk of this Court and serve one copy upon each counsel of record.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the judgment or order appealed from.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
September 15 2021